UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:23-mj-2511-SPF

PEDRO JESUS SUAREZ-AGUILAR

**CLERK'S MINUTES**
Proceeding: Initial Appearance
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge          Date: December 11, 2023
Deputy Clerk: Ashley Sanders                               Time: 2:39 p.m.
USPO: Dylan Lybarger                                       Recess: 3:05 p.m.
Court Reporter: Digital                                    Total Time: 26 mins
Interpreter: Jesse Leonor, Spanish (sworn)

---

Counsel for USA: David Chee, AUSA
Counsel for Defendant: Douglas Stamm, AFPD

---

Court calls case and counsel enters appearances. Hearing held in conjunction with other duty matters.

Oral motion for interpreter. Motion granted.

Court advises of certain constitutional rights. Defendant understands.

Government to ensure the Defendant is advised of his rights under the Geneva Convention Act.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defenders Office.

Court advises of charges contained in complaint. Defendant waives full and formal reading of the complaint. Defendant advised of his right to a preliminary hearing. Defendant waives preliminary hearing.

BOND:      <u>Government:</u> moves for detention. Presumption case.

           <u>Defendant:</u>   reserves on the matter of bond.

Court order defendant detained pending further proceedings.

Oral due process order pronounced.

Recess.