UNITED STATES OF AMERICA

v.                                                     Case No. 8:23-mj-2511-SPF

PEDRO JESUS SUAREZ-AGUILAR
_____/

## ORDER OF DETENTION

This cause is before the Court on the Defendant's initial appearance on a complaint charging him with possession with the intent to distribute five hundred grams or more of cocaine. (Doc. 1). The government seeks to detain the Defendant, and the Defendant has deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

In light of the information currently before the Court and the Defendant's present lack of any opposition to the government's detention motion, the Court directs that the Defendant be detained. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 11th day of December 2023.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

2