# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Pedro Jesus SUAREZ-Aguilar | ) | |
| | ) | **8:23MJ2511SPF** |
| | ) | |
| _Defendant_ | ) | |

*(stamp, right margin)* RCVD USMS M/FL TAMPA 2023 DEC 7 AM 8:54

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Pedro Jesus SUAREZ-Aguilar                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

In violation to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) .

Date: 12/6/2023

_____
_Issuing officer's signature_

City and state:  Tampa, Florida

SEAN P. FLYNN, U.S. Magistrate Judge
_Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ 12-06-2023 , and the person was arrested on _(date)_ 12-11-2023 at _(city and state)_ Tampa, FL . |
| Date: 12-11-2023          _____ _Arresting officer's signature_ |
| SA Eric Herx _Printed name and title_ |