# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No: 8:23-MJ-2511-SPF**

**PEDRO JESUS SUAREZ-AGUILAR**
_____/

## <u>NOTICE OF APPEARANCE</u>

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **PEDRO JESUS SUAREZ-AGUILAR**, in the above-styled cause.

The Clerk is requested to enter the appearance of **DOUGLAS STAMM**, Assistant Federal Defender, as counsel for the Defendant.

DATED this 13th day of December 2023.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Douglas Stamm*
Douglas Stamm, Esq.
Florida Bar No. 92069
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Douglas_Stamm@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Douglas Stamm*
Douglas Stamm, Esq.
Assistant Federal Defender