# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 18 WFJ—NHA

21 U.S.C. §§ 841(a)(1) and 846

PEDRO JESUS SUAREZ-AGUILAR

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about March 15, 2022, and continuing through on or about

August 2, 2023, in the Middle District of Florida, the defendant,

## PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and willfully conspire with other persons, both known and unknown

to the Grand Jury, to distribute and possess with intent to distribute a controlled

substance. The violation involved 500 grams or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846.

## COUNT TWO

On or about March 15, 2022, in the Middle District of Florida, the defendant,

## PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a

controlled substance, which violation involved a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about April 26, 2022, in the Middle District of Florida, the defendant,

PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about May 4, 2022, in the Middle District of Florida, the defendant,

PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about June 16, 2022, in the Middle District of Florida, the defendant,

PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about June 30, 2022, in the Middle District of Florida, the defendant,

### PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about August 3, 2022, in the Middle District of Florida, the defendant,

### PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about May 17, 2023, in the Middle District of Florida, the defendant,

PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about August 2, 2023, in the Middle District of Florida, the defendant,

PEDRO JESUS SUAREZ-AGUILAR,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved 500 grams or more a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B)(ii).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii).

4

# FORFEITURE

1.     The allegations contained in Counts One through Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. § 853.

2.     Upon conviction of a violation of 21 U.S.C. §§ 841 and/or 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.     If any of the property described above, as a result of any act or omission of the defendant:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or,

     e.     has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p).

A TRUE BILL

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
E. Jackson Boggs Jr.
Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## PEDRO JESUS SUAREZ-AGUILAR

## INDICTMENT

Violations:   21 U.S.C. §§ 841(a)(1) and 846

A true bill,

███████████████████████████

Foreperson

Filed in open court this 9th day

of January, 2024.

*Sarah Toombs* Clerk

Bail $_____