# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:**

_____

## NOTICE OF APPEARANCE

Comes now, _____, attorney for the Defendant, and hereby enters this

Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT
## ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, _____, the above-named defendant, do hereby waive my right to be

present at Arraignment and enter a plea of not guilty to the charges.  I hereby state that I have

received a copy of the charging instrument.

_____          _____
Counsel for Defendant                                            Defendant


Date:_____

## REQUEST FOR DISCOVERY

Comes now, _____, by and through his undersigned attorney, and

hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of

Criminal Procedure, in the above-captioned cause.

_____
(Counsel for Defendant)
(Address, Phone # & Bar #)

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT<br>AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty

Plea and direct that the plea of not guilty be received for filing.  The matter of discovery will be

addressed by separate order.

_____

UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by _____
to the Office of the United States Attorney, this _____ day of _____, 20___.

_____
, Esquire
