| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-cr-18-WFJ-NHA |
| Plaintiff, | **DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA** |
| v. | |
| PEDRO JESUS SUAREZ-AGUILAR, | |
| Defendant. | |

I, Pedro Jesus Suarez-Aguilar, the above-named defendant, waive my right to be present at arraignment and enter a plea of not guilty to the charges. I have received a copy of the charging instrument.

Dated: 1 22 2024      _Pedro Suarez_
Pedro Jesus Suarez-Aguilar

Dated: 1/22/24      _Douglas Stamm_
Douglas J. Stamm, Esq.
Florida Bar No. 92069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Jesus Suarez-Aguilar