**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-CR-18-WFJ-NHA | | DATE: June 13, 2024 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **UNITED STATES OF AMERICA** <br><br> **v.** | | **GOVERNMENT COUNSEL:** <br> EMMETT BOGGS, JR, AUSA | |
| **PEDRO JESUS SUAREZ-AGUILAR** | | **DEFENDANT COUNSEL:** <br> DOUGLAS STAMM, AFPD | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:14 AM - 11:16 AM **TOTAL:** 2 Minutes | | **COURTROOM:** | **Telephonic** |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Oral motion to continue by the Defense. DENIED.

The Parties advised the Court that this case may result in a plea.

The Court will protect this case until July 22, 2024.

This case is specially set for trial to begin July 22, 2024.

Court adjourned.