| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PEDRO JESUS SUAREZ-AGUILAR,<br><br>    Defendant. | Case No. 8:24-cr-18-WFJ-NHA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND PLEA DEADLINE** |

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to extend the deadline for entry of guilty pleas to July 12, 2024. As grounds, Mr. Suarez-Aguilar states the following:

Mr. Suarez-Aguilar is charged in an indictment with one count of conspiracy to possess with the intent to distribute cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846) and eight counts of possession with the intent to distribute cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(B)(ii)). Mr. Suarez-Aguilar made his initial appearance on December 11, 2023. He has been in custody since that time.

On June 12, 2024, the defense requested a plea agreement from the government. At the status conference the next day, the Court denied the defense's motion to continue the trial for one month and set the case for trial on

July 22, 2024. According to the Court's trial calendar (Doc. 25), guilty pleas should be held on or before June 28, 2024.

The government sent a plea agreement to the defense on June 26, 2024. The soonest defense counsel can travel to the jail with a Spanish interpreter to review the agreement with Mr. Suarez-Aguilar is July 1, 2024. The parties will then promptly schedule a change of plea hearing. However, because of the Fourth of July holiday the parties will be unable to appear before the Magistrate Judge until the week of July 8, 2024. Therefore, Mr. Suarez-Aguilar requests the Court extend the plea deadline to July 12, 2024. This case will resolve by way of a guilty plea before the trial date of July 22, 2024 regardless of whether there is a signed plea agreement.

## CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred with counsel for the United States regarding this motion on June 26, 2024. After conferral, the United States does not oppose this motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 27th day of June, 2024.

<div style="margin-left:50%">

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Douglas J. Stamm
Douglas J. Stamm, Esq.
Florida Bar No. 0092069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Suarez-Aguilar

</div>

## CERTIFICATE OF SERVICE

I certify that on June 27, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<div style="margin-left:50%">

/s/ Douglas J. Stamm
Assistant Federal Defender

</div>