UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: July 8, 2024 | **Court Reporter**: Digital |
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 10:00 AM–10:44 AM \|   Total: 44 mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackson Boggs, AUSA | Douglas Stamm, AFPD |

### Change of Plea Hearing

Interpreter sworn.

Plea agreement filed.

Defendant sworn.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charges, penalties, and rights and reviews Plea agreement with Defendant.

Court finds Defendant competent to enter a plea of guilty.

Factual basis, as written in the plea agreement, is summarized only. Defendant admits he conducted the sales listed on pages 19 and 20 of the agreement and admits that he received the cocaine from sources of supply who knew he was selling the cocaine.

Plea of guilty entered by Defendant as to Count One of the Indictment.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to the USMS for processing.

Court in recess.