UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:24-cr-18-WFJ-NHA

PEDRO JESUS SUAREZ-AGUILAR

_____

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me, pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 1.02, and has entered a plea of guilty to Count One of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I find that he is entering his guilty plea knowingly and voluntarily, and that each of the essential elements of the offense is supported by an independent factual basis. I, therefore, recommend that plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** in Tampa, Florida, on July 8, 2024.


NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

## <u>NOTICE TO PARTIES</u>

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.