**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No.: 8:24-cr-18-WFJ-NHA

PEDRO JESUS SUAREZ-AGUILAR

_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Pedro Jesus Suarez-Aguilar, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Natalie Hirt Adams on July 8, 2024. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1.    That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2.    That the defendant, Pedro Jesus Suarez-Aguilar, be adjudicated guilty as to Count One of the Indictment.

3.    That sentencing be scheduled for ***November 4, 2024, at 10:00 AM.*** **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 24th day of July, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service