| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PEDRO JESUS SUAREZ-<br>AGUILAR,<br><br>        Defendant. | Case No. 8:24-cr-18-WFJ-NHA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to continue the sentencing hearing in this case for at least two weeks. As grounds, Mr. Suarez-Aguilar states the following:

On July 8, 2024, pursuant to a plea agreement, Mr. Suarez-Aguilar pled guilty to Count One of the Indictment. The Court accepted Mr. Suarez-Aguilar's guilty plea and scheduled a sentencing hearing for November 4, 2024 at 10:00 a.m.

Defense counsel is beginning a date-certain trial on November 4, 2024 in *United States v. Vincent Governor*, case number 8:23-cr-204-CEH-SPF. The trial has already been continued once because of Hurricane Helene's impacts on a defense witness. Therefore, Mr. Suarez-Aguilar requests the Court continue the sentencing hearing in this case for at least two weeks. Due to

Thanksgiving travel plans, defense counsel also requests the Court not schedule the hearing during the week of November 25, 2024.

<u>**CERTIFICATE OF CONFERRAL**</u>

I hereby certify that I have conferred with counsel for the United States regarding this motion on October 18, 2024. After conferral, the United States does not oppose this motion.

Dated this 22nd day of October, 2024.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Douglas J. Stamm
Douglas J. Stamm, Esq.
Florida Bar No. 0092069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Suarez-Aguilar

## CERTIFICATE OF SERVICE

I certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Defender