| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PEDRO JESUS SUAREZ-AGUILAR,<br><br>    Defendant. | Case No. 8:24-cr-18-WFJ-NHA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to continue the sentencing hearing in this case. As grounds, Mr. Suarez-Aguilar states the following:

On July 8, 2024, pursuant to a plea agreement, Mr. Suarez-Aguilar pled guilty to Count One of the Indictment, which charged him with conspiracy to distribute 500 grams or more of cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846). The Court accepted Mr. Suarez-Aguilar's guilty plea and scheduled a sentencing hearing for November 19, 2024 at 9:00 a.m.

Defense counsel has had concerns regarding Mr. Suarez-Aguilar's competency since January 2024. In December 2023, Mr. Suarez-Aguilar was removed from the Pinellas County Jail and hospitalized for several days. Mr. Suarez-Aguilar, who is 76 years old, suffered a stroke, developed pneumonia from COVID, and had significant heart issues. After being

discharged from the hospital, Mr. Suarez-Aguilar struggled with speech and comprehension. Despite this, Dr. Melvin Pagan-Hernandez evaluated Mr. Suarez-Aguilar in February 2024 at defense counsel's request and determined he was competent to proceed at that time.

After Mr. Suarez-Aguilar's change of plea hearing on July 8, 2024, defense counsel again had concerns about his competency. These concerns became heightened after reviewing the initial presentence report with Mr. Suarez-Aguilar. Because of this, Dr. Pagan-Hernandez again evaluated Mr. Suarez-Aguilar at the end of October 2024. On Friday, November 15, 2024, Dr. Pagan-Hernandez shared his report with defense counsel and concluded Mr. Suarez-Aguilar's condition had significantly deteriorated and he is now incompetent to proceed.

Defense counsel shared Dr. Pagan-Hernandez's report with the government on November 18, 2024 to determine whether they agree with his opinion. Depending on the government's position, defense counsel will file the appropriate motion regarding competency as soon as possible.

Based on the issues surrounding Mr. Suarez-Aguilar's competency, he requests the Court continue the sentencing hearing.

/ / /

/ / /

/ / /

## CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred with counsel for the United States regarding this motion on November 14, 2024. After conferral, the United States does not oppose this motion.

Dated this 18th day of November, 2024.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Douglas J. Stamm
Douglas J. Stamm, Esq.
Florida Bar No. 0092069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Suarez-Aguilar

## CERTIFICATE OF SERVICE

I certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Defender