UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: December 9, 2024 | **Court Reporter**: Digital |
| | **Interpreter**: Vanessa Cahuas (Spanish) |
| **Time**: 3:00 PM – 3:05 PM<br>  3:30 PM- 3:41 PM  \| Total: 16 mins. | **Deputy Clerk**: Clara Reaves |

| Government's Counsel | Defense Counsel |
|---|---|
| Jackson Boggs, AUSA | Douglas Stamm, AFPD |
| **Competency Hearing** ||

Interpreter sworn.

Defendant present with counsel.

Defense admits as evidence Doc. 46-1, psychiatric report.

Court hears argument by Counsel.

Both counsel stipulate to conclusion of psychiatric report.

Court orders Defendant to undergo medical treatment by BOP not to exceed four months.

Court to enter order.

Court in recess.