| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-cr-18-WFJ-NHA |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| PEDRO JESUS SUAREZ-AGUILAR, | |
| Defendant. | |

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to continue the sentencing hearing in this case. As grounds, Mr. Suarez-Aguilar states the following:

On July 8, 2024, pursuant to a plea agreement, Mr. Suarez-Aguilar pled guilty to Count One of the Indictment, which charged him with conspiracy to distribute 500 grams or more of cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846). A sentencing hearing is currently scheduled for June 27, 2025 at 2:00 p.m.

On November 19, 2024, the defense filed a Motion for Determination of Incompetency and for an Order of Commitment for Restoration (Doc. 46). The Court held a hearing on that motion on December 9, 2024 and ordered that Mr. Suarez-Aguilar be committed to the custody of the Attorney General. Mr. Suarez-Aguilar was admitted to the mental health unit of FMC Butner on

April 22, 2025. According to correspondence from the Bureau of Prisons, staff at FMC Butner expect Mr. Suarez-Aguilar's evaluation period to end on August 19, 2025. Based on this, the defense requests the Court continue the sentencing hearing in this case to a date after September 1, 2025 in order to also allow adequate time for Mr. Suarez-Aguilar's transit back to the Middle District of Florida.

## CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred with counsel for the United States regarding this motion on May 29, 2025. After conferral, the United States does not oppose this motion.

Dated this 10th day of June, 2025.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Douglas J. Stamm
Douglas J. Stamm, Esq.
Florida Bar No. 0092069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Suarez-Aguilar

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Defender