UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: September 24, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 3:31 PM–3:47 PM\|  Total: 16 Mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackon Boggs, AUSA | Douglas Stamm, AFPD |

### Status Hearing (Counsel Only)

Counsel present.

Defendant not present.

Court addresses parties regarding psychological report and case status.

Government indicates it is unlikely to challenge the findings of the report.

Parties raise concern, in event for dismissal, about prospects of release given Defendant's condition and lack of potential caretakers and health insurance.

Court directs government to seek consultation on how case should proceed given current posture and, should dismissal appeal likely, to look into  appropriate release plan.

Court sets additional status for 10/27/25 at 9am; Defendant is to be present.

Court in recess.