UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11B

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: October 27, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 9:01 AM–9:09 AM\|  Total: 8 Mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Jackon Boggs, AUSA | Douglas Stamm, AFPD |

| **Status Hearing (Counsel Only)** |
|---|
| Counsel present. |
| Defendant not present due to not feeling well. |
| Court asks how the government plans to proceed in the case. Government indicates a motion pursuant to **§** 4244 is forthcoming. |
| Court sets next status for November 21, 2025 at 10am. Court agrees to cancel hearing if parties file motion before hand. |
| Court in recess. |