| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PEDRO JESUS SUAREZ-AGUILAR,<br><br>    Defendant. | Case No. 8:24-cr-18-WFJ-NHA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to continue the sentencing hearing scheduled in this case. As grounds, Mr. Suarez-Aguilar states the following:

On July 8, 2024, pursuant to a plea agreement, Mr. Suarez-Aguilar pled guilty to Count One of the Indictment, which charged him with conspiracy to distribute 500 grams or more of cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846). A sentencing hearing is currently scheduled for November 25, 2025 at 9:30 a.m.

On November 19, 2024, the defense filed a Motion for Determination of Incompetency and for an Order of Commitment for Restoration (Doc. 46). The Court held a hearing on that motion on December 9, 2024 and ordered that Mr. Suarez-Aguilar be committed to the custody of the Attorney General. Mr. Suarez-Aguilar was admitted to the mental health unit of FMC Butner on

April 22, 2025.  On August 26, 2025, the Bureau of Prisons submitted a forensic evaluation report to the parties.  The Bureau of Prisons concluded that Mr. Suarez-Aguilar is incompetent to proceed to trial, there is not a substantial probability that his competency can be restored in the foreseeable future, and he does not meet the threshold for civil commitment.

On September 24, 2025, the magistrate judge held a status conference to discuss how the parties believe the case should proceed.  Specifically, the magistrate judge asked the government to report whether it will contest the findings of the Bureau of Prisons, or whether it will move to dismiss the indictment without prejudice.  The magistrate judge set an additional status conference for October 27, 2025 to give the government time to consider its options.  On that date, the government told the Court it had possibly found an applicable statute that would allow for the hospitalization of Mr. Suarez-Aguilar.  The government requested additional time to determine the logistics related to that option.  The magistrate judge then set an additional status conference for November 21, 2025.

Based on Mr. Suarez-Aguilar's incompetence, as well as his inability to be restored to competency, Mr. Suarez-Aguilar requests the Court continue the sentencing hearing.

/ / /

/ / /

<center>**CERTIFICATE OF CONFERRAL**</center>

I hereby certify that I have conferred with counsel for the United States regarding this motion on November 18, 2025.  After conferral, the United States does not oppose this motion.

Dated this 19th day of November, 2025.

<div style="margin-left:50%">

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

/s/ Douglas J. Stamm
Douglas J. Stamm, Esq.
Florida Bar No. 0092069
Assistant Federal Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Pedro Suarez-Aguilar

</div>

<center>**CERTIFICATE OF SERVICE**</center>

I certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<div style="margin-left:50%">

/s/ Douglas J. Stamm
Assistant Federal Defender

</div>

<center>3</center>