# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: December 3, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 10:17 AM–10:31 AM\|  Total: 14 Mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackon Boggs, AUSA | Douglas Stamm, AFPD |

| Status Hearing (Counsel Only) |
|---|
| Counsel present. |

Court asks how the government plans to proceed in the case.

Parties indicate they will file a motion pursuant to 18 USC **§** 4244 to be considered by Judge Jung.

Court in recess.