# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

  v.                         **Case No.: 8:24-cr-18-WFJ-NHA**

**PEDRO JESUS SUAREZ-AGUILAR,**

_____ /

## <u>NOTICE OF APPEARANCE OF CO-COUNSEL</u>

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Pedro Jesus Suarez-Aguilar, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as co-counsel for the Defendant.

DATED this 20th day of February 2026.

                                Respectfully submitted,

                                CHARLES L. PRITCHARD, JR.
                                FEDERAL PUBLIC DEFENDER

                                */s/ Ryan J. Maguire*
                                Ryan J. Maguire,
                                Assistant Federal Defender
                                Florida Bar No. 117534
                                400 North Tampa St. Suite 2700
                                Tampa, FL 33602
                                Telephone: (813) 228-2715
                                Facsimile: (813) 228-2562
                                Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jackson Boggs, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire.
Assistant Federal Defender
