UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

   **v.**                         **Case No.: 8:24-cr-18-WFJ-NHA**

**PEDRO JESUS SUAREZ-AGUILAR,**

_____ /

## DEFENDANT'S UNOPPOSED MOTION TO CONVERT SENTENCING TO A STATUS CONFERENCE

Defendant Pedro Jesus Suarez-Aguilar, through counsel, moves to continue the sentencing hearing set February 27, 2026, and to set status conference at said date and time. As grounds, Mr. Suarez-Aguilar states the following:

1. On July 8, 2024, pursuant to a plea agreement, Mr. Suarez-Aguilar pled guilty to Count One of the Indictment, which charged him with conspiracy to distribute 500 grams or more of cocaine (in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 846).

2. On November 19, 2024, the defense filed a Motion for Determination of Competency and for an Order of Commitment for Restoration pursuant to 18 U.S.C. 4241. Doc. 46. The Court held a hearing on that motion on December 9, 2024, and ordered that Mr. Suarez-Aguilar be committed to the custody of the Attorney General.

Mr. Suarez-Aguilar was admitted to the mental health unit of FMC Butner on April 22, 2025.

3. On August 26, 2025, the Bureau of Prisons submitted a forensic evaluation report to the parties. The Bureau of Prisons concluded that Mr. Suarez-Aguilar is incompetent to proceed, there is not a substantial probability that his competency can be restored in the foreseeable future, and he does not meet the threshold for civil commitment under 18 U.S.C. 4246.

4. Subsequent to the filing of the BOP report, the parties met for several status conferences where the Government indicated that it would not contest the findings of the BOP and that it would seek civil commitment under 18 U.S.C. 4244. *See* Docs. 67, 74, and 81. Currently, the Government has not filed a motion to that effect.

5. Undersigned counsel filed his notice of appearance as co-counsel on February 20, 2026. Doc. 82.

6. Defense asks for this Court to convert sentencing set on February 27, 2026, into a status conference to address pending motion and Mr. Suarez-Aguilar's incompetence, as well as his inability to be restored to competency. Defense asks for Mr. Suarez-Aguilar to be brought to Court for the status conference.

7. Undersigned has conferred with counsel for the United States regarding this motion on November 18, 2025. After conferral, the United States does not oppose this motion.

Dated this 25th day of February 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jackson Boggs, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender