# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| **Date**: March 3, 2026 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: Xavier Keough (Spanish) |
| **Time**: 2:01 PM–2:33 PM\|   Total: 32 Mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Jackon Boggs, AUSA | Ryan Maguire, AFPD |

| **Status Hearing** |
|---|

Interpreter sworn.

Matter is before on parties' request for\ status hearing. Parties debate whether case should continue under 18 U.S.C. **§** 4241 or **§** 4244.

Court direct parties to file motions proposing next steps on or before March 24, 2026.

Defendant remanded to the custody of the USMS.

Court in recess.