UNITED STATES OF AMERICA

v.                                               Case No. 8:24-cr-18-WFJ-NHA

PEDRO JESUS SUAREZ-AGUILAR

## JOINT MOTION FOR EXTENSION OF TIME (TWO WEEKS) WITHIN WHICH TO FILE MOTIONS AND BRIEFING REGARDING PROPER STATUTORY BASIS TO PROCEED

The United States and the defendant, through counsel, respectfully jointly request an extension of time of two weeks, *nunc pro tunc*, until April 7, 2026, to file motions and/or briefing regarding the proper statutory basis to proceed to sentencing and/or treatment in the above-referenced case in which the defendant was found incompetent after adjudication of guilt but prior to sentencing. The parties' briefing was supposed to be filed by March 24, 2026, *see* Doc. 87, but the United States and the defendant respectfully request additional time for the following reasons:

1.      The posture of this matter is of rare occurrence, and there is limited guidance on how to proceed. There has been some litigation of similar cases, but there appears little binding precedent on how to proceed. Defense counsel was recently assigned to the case.

2.      The United States and defense counsel have discussed the matter, and the United States is uncertain whether there might be an agreed resolution. Both parties would appreciate the additional time to provide the Court with the best possible motions and memoranda proposing next steps in this matter.

## MEMORANDUM OF LAW

A motion for an extension of time to engage in an action is committed to the sound discretion of this Court. Thus, this Court, in its discretion, may order a period enlarged if a request demonstrating good cause is made prior to the expiration of the period originally prescribed, or if the party failed to act because of excusable neglect. Fed. R. Crim. P. 45(b).

THEREFORE, the United States and defense counsel jointly request an extension of time of two weeks, *nunc pro tunc*, until April 7, 2026, to file motions and briefing in this matter.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   *s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No. 080
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6187
E-mail: Jackson.Boggs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ryan J. Maguire, Assistant Federal Defender

*s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No. 080
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6187
E-mail:  Jackson.Boggs@usdoj.gov